■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GONZALEZ, Appellant. [772 NYS2d 41]—

Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered May 15, 2002, convicting defendant, upon his guilty plea, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4¹/₂ to 9 years, unanimously affirmed.

By pleading guilty, defendant forfeited his essentially evidentiary claim that when he testified before the grand jury he was improperly questioned about a prior incident for which he was already indicted (*see People v Hansen*, 95 NY2d 227 [2000]). In any event, the claim finds no support in the record. After executing a waiver of immunity, defendant was properly questioned about both events inasmuch as the People were seeking a superseding indictment to cover both incidents. Concur—Buckley, P.J., Sullivan, Williams and Gonzalez, JJ.